Nov. Term, 1854.

BRACKEN-
RIDGE
v.
BAXTON.

--------

## BRACKENRIDGE and Another *v.* BAXTON and Others.

Assumpsit on a note made in the city of *New-York*, and payable there. The declaration after alleging these facts in due form, further alleged, that by a public statute of the state of *New-York* on the subject of the interest of money, in force at, &c., it was enacted that the rate of interest upon the loan or forbearance of any money, goods, or things in action, should continue to be at the rate of 7 dollars upon 100 dollars for one year, and after that rate for a greater or less sum, or for a longer or shorter time. The declaration, in other respects, was in the usual form under the former system of pleading. Demurrer to so much of the declaration as related to the statute of *New-York*, and the demurrer overruled. *Held*, that the statute was pleaded with sufficient certainty.

APPEAL from the *Allen* Circuit Court.

STUART, J.—Assumpsit by *Baxton* and others against *Brackenridge* and another, on a note made in *September*, 1848, in *New-York* city, and payable there.

The declaration alleged these facts in due form, and in addition alleged, that "by a public statute of the state of

*Friday,*
*December 8,*

*New-York* upon the subject of the interest of money, in force at," &c., "it was enacted that the rate of interest upon the loan or forbearance of any money, goods, or things in action, shall continue to be at the rate of seven dollars upon one hundred dollars for one year, and after that rate for a greater or less sum, or for a longer or shorter time." In other respects, the declaration is in the usual form under the former system of pleading.

Demurrer to so much of the declaration as related to the statute of *New-York* overruled. Trial by the Court on the general issue, filed to the other part of the declaration, and judgment for the plaintiffs.

No brief is filed for the appellants in this Court. Two errors are assigned—

1. That the Court erred in overruling the demurrer. We are of opinion that the statute of *New-York* is pleaded with sufficient certainty. It might have been more technical; so perhaps might the demurrer addressed to part of the declaration have been more specific. The demurrer was correctly overruled.

2. The second error assigned is excess in the amount of the judgment. At 7 per cent. interest, the damages assessed are correct.

*Per Curiam.*—The judgment is affirmed, with 10 per cent. damages and costs.

*J. L. Worden*, for the appellants.

*J. K. Edgerton*, for the appellees.